**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2183**

---

In re:  CHAUNCEY ALEXANDER HOLLIS,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:23-cr-00223-TDS-1)

---

Submitted:  February 20, 2025                Decided:  February 24, 2025

---

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Chauncey Alexander Hollis, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Alexander Hollis petitions for a writ of mandamus seeking an order requesting that this court order District Judge Schroeder to recuse himself and to release Hollis from federal custody. We grant Hollis's request to amend his mandamus petition but conclude that Hollis is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Hollis is not available by way of mandamus. Accordingly, we deny Hollis's motion for release, and we deny the petition and amended petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2